## MEDIATION REFERRALS

The following case has been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

2006–1000.   Colonial Village Ltd. v. Washington Cty. Bd. of Revision.
Board of Tax Appeals, No. 2004–A–574.

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
·June 7, 2006

[Cite as *06/07/2006 Case Announcements*, 2006-Ohio-2762.]

## MERIT DECISIONS WITHOUT OPINIONS

2006–0710.   McDaniel v. Lynch.
In Prohibition. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
    MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

2006–0770.   Weatherspoon v. Eberlin.
In Habeas Corpus. On petition for writ of habeas corpus of Seth A. Weatherspoon. Sua sponte, cause dismissed.
    MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

2006–0772.   Harris v. Jeffreys.
In Habeas Corpus. On petition for writ of habeas corpus of Borieas Harris. Sua sponte, cause dismissed.
    MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

2006–0775.   Kinsey v. Karnes.
In Habeas Corpus. On petition for writ of habeas corpus of Kris John Kinsey. Sua sponte, cause dismissed.
    MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

2006–0807.   Carter v. Ohio Adult Parole Auth.
In Habeas Corpus. On petition for writ of habeas corpus of Berle Carter. Sua sponte, cause dismissed.
    MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

2006–0845.   State ex rel. Dunning v. Kimbler.
In Prohibition. On motion to dismiss and motion for sanctions. Motion to dismiss granted.
    MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.
    Motion for sanctions granted. Respondent shall file a bill and documentation in support of an award for attorney fees, in accordance with the guidelines set forth in DR 2–106, within 20 days. The bill and documentation should detail the expenses and approximate amount of compensation and fringe benefits, if any, that have been or will be paid to counsel in connection with defending respondent in this frivolous prohibition action. Relator may file objections to respondent's bill and documentation